1

2

3

4

5

6                  **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Dubaida Manukova,                          No. CV-26-01597-PHX-DJH (JFM)

10                  Petitioner,                  **ORDER**

11   v.

12   Eric Rokosky, et al.,

13                  Respondents.

14

15          Petitioner Dubaida Manukova, who is represented by counsel, filed a Petition for

16   Writ of Habeas Corpus Under § 2241 (Doc. 1).  The Court will require Respondents to

17   answer the Petition.

18   **I.      Petition**

19          Petitioner is a citizen from Russia who entered the United States in 2024 after

20   obtaining approval through CBP One.  Petitioner was charged as an arriving alien and has

21   remained in custody since that time.  On May 22, 2025, Petitioner was granted asylum by

22   an Immigration Judge and the Department of Homeland Security appealed.  On January

23   20, 2026, the Board of Immigration Appeals (BIA) remanded Petitioner's case for

24   additional factfinding.   On remand, the Immigration Court ordered supplemental

25   submissions and exhibits but did not hold a hearing.  On February 19, 2026, Petitioner was

26   denied asylum, withholding of removal, and Convention Against Torture protection, and

27   was ordered removed to Russia.  Petitioner filed a new appeal, which remains pending

28   before the BIA.

TERMPSREF

Petitioner has been detained for more than 14 months and, because she has been held under 8 U.S.C. § 1225(b), has not received a bond hearing.  Petitioner claims that her prolonged detention, absent a bond hearing before a neutral adjudicator, violates her Fifth Amendment rights to due process.  Petitioner seeks release from custody, or in the alternative, an individualized bond hearing.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2)    If not already issued, the Clerk's Office must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must answer the Petition within **twenty (20) days** of the date of service.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)    Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1        (6)    This matter is referred to Magistrate Judge James F. Metcalf pursuant to

2    Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a

3    report and recommendation.

4        Dated this 12th day of March, 2026.

5

6

7    _____
    Honorable Diane J. Humetewa

8        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TERMPSREF