**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Dubaida Manukova,
Petitioner
-vs-
Eri Rokosky, et al.,
Respondents.

CV-26-1597-PHX-DJH (JFM)

**Order**

This case has been referred to the undersigned magistrate judge for a report and recommendation, pursuant to 28 U.S.C. § 636(b).  This chambers is located at the John M. Roll United States Courthouse in Yuma, Arizona and generally works from electronic copies of briefs.  Further, any report and recommendation will eventually be addressed by the assigned district judge.  Accordingly, the Court will give direction concerning chambers copies required under the Local Rules of Civil Procedure and ECF policies and procedures.  Upon the withdrawal of the reference of the case to this magistrate judge, or its transfer to another magistrate judge on referral, this Order will no longer apply.

**IT IS THEREFORE ORDERED** until the reference of this case is withdrawn or the reference of this case is transferred to a different magistrate judge:

(A) Although Judge Metcalf's chambers are at the courthouse in Yuma, any chambers copies of filings for Magistrate Judge Metcalf provided pursuant to Local Civil Rule 5.4 or Section II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual must be forwarded to the following address:

Hon. James F. Metcalf
c/o Office of Clerk of Court
U.S. District Court – District of Arizona,
401 W. Washington St.,
Suite 130, SPC 1
Phoenix, AZ 85003-2118

- 1 -

(B)  The parties are encouraged (but not required) to limit chambers copies to the categories specified in Section II(D)(3) of the ECF manual, including: "a. complaints; b. notices of removal; c. motions to dismiss and responses and replies thereto; d. motions for summary judgment and responses and replies thereto; e. motions for temporary restraining order [or preliminary relief] and supporting documents; f. sealed documents; g. documents exceeding 10 pages in length, including exhibits and attachments."

Dated: March 16, 2026

26-1597o Order 26 03 16 re Chambers Copies.docx

James F. Metcalf
United States Magistrate Judge

- 2 -